# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5001** **September Term, 2025**

**1:24-cv-01374-ZMF**

**Filed On:** March 12, 2026

Shahnaz Haeri Mehneh and Aliasghar Nejat,

Appellants

v.

Marco Rubio, in his official capacity as U.S. Secretary of State and Robert Jachim, in his official capacity as Acting Director of Screening, Analysis and Coordination,

Appellees

------------------------------

Consolidated with 25-5180

**BEFORE:** Childs, Circuit Judge; and Edwards and Ginsburg, Senior Circuit Judges

## O R D E R

Upon consideration of the petitions for panel rehearing filed by appellants Shahnaz Haeri Mehneh, Aliasghar Nejat, Saeid Motevali, and Alireza Motevaly Alamouti on March 2, 2026, it is

**ORDERED** that the petitions be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk